IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GORDON L. HALL | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-330 |
| WARDEN, FCI BEAUMONT LOW | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Gordon L. Hall, a federal prisoner currently confined at FCI Beaumont Low, proceeding pro se, filed what appeared to be a *Bivens*-type action[1] against the Defendant, an unidentified Warden at FCI Beaumont Low.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing Plaintiff's claims as fanciful and delusional [Dkt. 5].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[2]

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance

---

[1] *See Biens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] Plaintiff filed a Second Amended Complaint on February 9, 2024 [Dkt. 6]. The amended complaint is written in the same fanciful and delusional nature.

with the recommendations of the magistrate judge.

**SIGNED this 22nd day of February, 2024.**

_____
Michael J. Truncale
United States District Judge